# JULY TERM, 1859, AT LANSING.

————•O•————

## Henry T. Sanger v. Wesley Truesdail.

Where one party to a cause, in this court, concedes that the judgment of the court must be for his adversary, to the full extent of what he could claim on argument, the court will not hear an argument, for the purpose of expressing their opinion on points thus rendered unnecessary to a decision of the cause.

*Heard and decided July 12th.*

Question reserved from St. Clair Circuit in Chancery.

Defendant had interposed a plea to the bill of complaint, and the Circuit Judge reserved, for the opinion of this court, the question whether the matters pleaded constituted in law a bar to the bill of complaint.

On the case being now called, *A. Pond* and *H. H. Emmons,* for defendant, stated that they were satisfied the plea was too broad, and therefore bad, and must be overruled.

*D. C. Holbrook,* and *S. T. Douglass, contra,* claimed a right to be heard on the merits presented by the plea. They stated that they should take no objection whatever to the *form* of the plea, and they insisted that the court ought to pass only upon the points which they made.

By THE COURT:

It is conceded here, on both sides, that the plea is bad. This is the only question on which the court below has asked of us our opinion; and when this is disposed of, any further advice we might give the court below would

7 MICH.—B.

SANGER *v.* TRUESDAIL.

be quite outside the record. We will not, therefore, hear an argument in the case.*

*In the case of *The Michigan Southern and Northern Indiana Railroad Co. v. Davis*, which came on for hearing at the May Term, 1859, counsel for defendant in error, on the cause being called, conceded that there were some errors in the record, and that the judgment must be reversed. *Emmons*, for plaintiff in error desired to be heard on other points, which he thought ought to be passed upon by the court, but the court declined to hear the argument.